AO 442 (Rev. 11/11) Arrest Warrant        ATF

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>**RYAN STENWICK**<br><br>*Defendant* | )<br>)    Case No. 24cr407<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **RYAN STENWICK**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18:2261A(2) - CYBERSTALKING - 1 COUNT
18:2261A(1) - STALKING - 2 COUNTS
18:844(h) - USE OF FIRE IN COMMISSION OF A FEDERAL FELONY - 1 COUNT
18:2 - AIDING AND ABETTING

Date:    11/08/2024                                      /s/ KEVIN EIBEL, SUPERVISOR
                                                         *Issuing officer's signature*

City and state:    PHILA, PA.                            GEORGE WYLESOL, CLERK OF COURT
                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* 11.8.24 , and the person was arrested on *(date)* 12.3.24
at *(city and state)* Ludlow, MA .

Date: 12.4.24
                                                         *Arresting officer's signature*

                                                         E Edward Conway, SA ATF PH
                                                         *Printed name and title*