

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Anthony J. Carissimi*
*Direct Dial: (215) 861-8450*
*Facsimile: (215) 861- 8618*
*E-mail Address:  Anthony.Carissimi@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    United States v. Ryan Stenwick (24-cr-407)

Dear Clerk:

    Please unseal the Indictment in regard to the above-captioned case.  The Indictment was returned on November 7, 2024.

    Respectfully Submitted,

    /s/ *Anthony J. Carissimi*
    Anthony J. Carissimi
    Assistant United States Attorney

1