**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN STENWICK | CRIMINAL ACTION<br>NO. 24-407 |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 6th day of June 2025, it is **ORDERED** that:

1. Defendants' Unopposed Motion to Enlarge the Time to File Pretrial Motions and for a Continuance of the Trial Date (ECF No. 21) is **GRANTED**. After being advised that defense counsel needs additional time to prepare for trial, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, pursuant to Title 18, U.S.C. § 3161(h)(7)(A),(B).

2. Pretrial motions, to include all motions in limine, shall be filed on or before **October 3, 2025**. Responses shall be filed on or before **October 10, 2025**.

3. Pretrial memoranda, voir dire questions, proposed jury instructions, trial exhibits, verdict form shall be filed on or before **October 28, 2025**. Proposed jury instructions must be prepared and submitted to the Court in compliance with all requirements in Paragraph II.H(d) of the Court's Policies and Procedures.

4. A final pretrial conference will be held on **November 12, 2025 at 10:00 a.m. in Courtroom 11-A.** At the final pretrial conference, counsel shall be prepared to discuss all aspects of their pretrial memoranda. It is expected that counsel will have conferred regarding their objections to anything in the pretrial memoranda prior to the final pretrial conference, leaving for the Court only those objections the parties could not resolve.

5.      Trial will begin on **November 18, 2025 at 9:30 a.m. in Courtroom 11-A.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.