IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
      v. :
       : No. 24-407
RYAN STENWICK
USM# 49570-511
FDC PHILADELPHIA

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Change of Plea** hearing on **October 29, 2025** at **10:00 a.m.** before the **Honorable Gerald J. Pappert** in **Courtroom 11-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**
    **Hearing rescheduled from:**

**GOVERNMENT COUNSEL SHALL SUBMIT A PLEA MEMORANDUM TO THE COURT THREE (3) BUSINESS DAYS PRIOR TO THE HEARING.**

For additional information, please contact the undersigned.

By:     Katie Rolon
          Courtroom Deputy to Judge Pappert

Date:    10/3/25

cc via U.S. Mail:   Defendant
cc via email:       Defense Counsel J. Zeitz
                 Assistant U.S. Attorney A. Carissimi
                 U.S. Marshal
                 Court Security
                 Probation Office
                 Pretrial Services
                 Interpreter Coordinator