IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
:  CRIMINAL ACTION
v.  :
:  No. 24-407
RYAN STENWICK
USM# 49570-511
FDC PHILADELPHIA

# NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Change of Plea** hearing on **October 31, 2025** at **10:00 a.m.** before the **Honorable Gerald J. Pappert** in **Courtroom 11-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**
      X Hearing rescheduled from: 10/29/25

**GOVERNMENT COUNSEL SHALL SUBMIT A PLEA MEMORANDUM TO THE COURT THREE (3) BUSINESS DAYS PRIOR TO THE HEARING.**

For additional information, please contact the undersigned.

By:      Katie Rolon
         Courtroom Deputy to Judge Pappert

Date:    10/6/25

cc via U.S. Mail:    Defendant
cc via email:        Defense Counsel J. Zeitz
                     Assistant U.S. Attorney A. Carissimi
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator