IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 24-407 |
| RYAN STENWICK | |

## WAIVER OF INDICTMENT

Ryan Stenwick, the above-named defendant, who is accused of

18:1349 – Conspiracy to Commit Wire Fraud (1s)

18:1956(h) Conspiracy to Commit Money Laundering (2s)

18:2261A(2)(B), 2261(b)(2), 2261(b)(3), 2261(b)(4), 2242(1)- Cyberstalking; 18:2- Aiding and Abetting (3s)

18:2261A(1), 2261(b), and 2261B – Stalking; 18:2- Aiding and Abetting (4s)

18:844(h)(1) – Use of Fire in Commission of a Federal Felony; 18:2 – Aiding and Abetting (5s)

18:2261A(1), 2261(b) – Stalking, 18:2 – Aiding and Abetting (6s)

being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Attorney for the U.S.

Date 10/31/25

_____
Counsel for Defendant

Waivind.frm (Rev. 5/21)
WAIVIND.doc