IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA             :    CRIMINAL ACTION

v.    :

:    No. 24-407

RYAN STENWICK
USM# 49570-511
FDC PHILADELPHIA

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing** hearing on **May 21, 2026** at **10:00 a.m.** before the **Honorable Gerald J. Pappert** in **Courtroom 11-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**
   Hearing rescheduled from: 2/12/26

**COUNSEL SHALL SUBMIT A SENTENCING MEMORANDUM TO THE COURT FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING.**

For additional information, please contact the undersigned.

By:    Katie Rolon
        Courtroom Deputy to Judge Pappert

Date:    1/30/26

cc via U.S. Mail:    Defendant
cc via email:    Defense Counsel J. Zeitz
        Assistant U.S. Attorney A. Carissimi
        U.S. Marshal
        Court Security
        Probation Office
        Pretrial Services
        Interpreter Coordinator