IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                       :         CRIMINAL ACTION

         v.                   :

                       :         No. 24-407

RYAN STENWICK
USM# 49570-511
FDC PHILADELPHIA

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing** hearing on **September 10, 2026** at **10:00 a.m.** before the **Honorable Gerald J. Pappert** in **Courtroom 11-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**
     **Hearing rescheduled from: 5/21/26**

**COUNSEL SHALL SUBMIT A SENTENCING MEMORANDUM TO THE COURT FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING.**

For additional information, please contact the undersigned.

By:        Katie Rolon
           Courtroom Deputy to Judge Pappert

Date:      5/14/26

cc via U.S. Mail:    Defendant
cc via email:       J. Zeitz, Defense Counsel
                  A. Carissimi, Assistant U.S. Attorney
                  U.S. Marshal
                  Court Security
                  Probation Office
                  Pretrial Services
                  Interpreter Coordinator