IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION

v. :

: No. 24-407

RYAN STENWICK
USM# 49570-511
FDC PHILADELPHIA

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing** hearing on **January 4, 2027** at **2:00 p.m.** before the **Honorable Gerald J. Pappert** in **Courtroom 11-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**
**Hearing rescheduled from: 9/10/26**

**COUNSEL SHALL SUBMIT A SENTENCING MEMORANDUM TO THE COURT FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING.**

For additional information, please contact the undersigned.

By: Katie Rolon
Courtroom Deputy to Judge Pappert

Date: 9/8/26

cc via U.S. Mail: Defendant
cc via email: J. Zeitz, Defense Counsel
A. Carissimi, Assistant U.S. Attorney
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator